UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **THOMAS DWAYNE HARRIS, JR.** | **DOCKET NO. 1:23-cv-1671 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **U.S. IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 3], and having thoroughly reviewed the record, noting the absence of objections, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 10th day of January 2024.

_____
**TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE**